```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
    JABARI MANN,                                             :
                                                             :
                              Plaintiff,                     :
                                                             :
                    -against-                                :   19-CV-8009 (VEC)
                                                             :
    CITY OF NEW YORK,                                        :        ORDER
                              Defendant.                     :
-------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/28/2020

VALERIE CAPRONI, United States District Judge:

WHEREAS on August 27, 2019, Plaintiff, appearing *pro se*, filed a complaint in this case (Dkt. 2);

WHEREAS on October 8, 2019, the Court referred this case to Magistrate Judge Freeman for general pretrial matters and dispositive motions (Dkt. 8);

WHEREAS on March 11, 2020, Defendant moved to dismiss the complaint or, in the alternative, for summary judgment (Dkts. 25, 29);

WHEREAS on September 18, 2020, Magistrate Judge Freeman directed Plaintiff to oppose Defendant's motion to dismiss by October 16, 2020 (Dkt. 32);

WHEREAS Plaintiff failed to oppose or otherwise respond to Defendant's motion to dismiss;

WHEREAS on October 19, 2020, Defendant moved to dismiss the case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b) (Dkt. 37);

WHEREAS on October 23, 2020, Magistrate Judge Freeman ordered Plaintiff to show cause by November 13, 2020, why the case should not be dismissed for failure to prosecute (Dkt 38);

WHEREAS Plaintiff failed to respond to Magistrate Judge Freeman's order to show cause;

WHEREAS on November 24, 2020, Defendant renewed its motion to dismiss for failure to prosecute (Dkt. 39);

WHEREAS on December 7, 2020, Magistrate Judge Freeman issued a report and recommendation (R&R), recommending that the case be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b) (Dkt. 40);

WHEREAS Plaintiff failed to object or otherwise respond to Magistrate Judge Freeman's R&R;

IT IS HEREBY ORDERED THAT: This case is DISMISSED for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). Because the R&R gave Plaintiff adequate warning, *see* R&R at 1-2, Plaintiff's failure to file objections to the R&R precludes appellate review of this decision. *See Caidor v. Onondaga Cty.,* 517 F.3d 601, 604 (2d Cir. 2008); *Mario v. P & C Food Mkts., Inc.,* 313 F.3d 758, 766 (2d Cir. 2002). Accordingly, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and, therefore, permission to proceed *in forma pauperis* for purposes of appeal is denied.

The Clerk of Court is directed to close all open motions, terminate this case, and mail a copy of this order to Plaintiff.

**SO ORDERED.**

Date: December 28, 2020
      New York, New York

**VALERIE CAPRONI**
**United States District Judge**